United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| INGRID CELINA BELTRAN PAREDES, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-714 |
| MIGUEL VERGARA, *et al.*, | § § § | |
| Respondents. | § § | |

### ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 7).

The Court **ORDERS** Petitioner to file supplemental briefing **by May 26, 2026**, that addresses the individualized facts supporting her asserted due process claim and liberty interest.

It is so **ORDERED**.

**SIGNED** on May 19, 2026.

_____
John A. Kazen
United States District Judge